UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
2007 JUL 24  PM 2:27
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | CRIMINAL NO. |
| ) | SA-07-500-MJ-JWP |
| V. ) | |
| ) | **INFORMATION** |
| MARY K. HOOD, ) | |
| ) | [VIO: Count One - Title 18 U.S.C. |
| Defendant, ) | Section 641 - Theft of Government |
| ) | Property] |

THE UNITED STATES ATTORNEY CHARGES:

<u>COUNT ONE</u>
[Title 18 U. S. C. Section 641]

On or about June 20, 2007, at Fort Sam Houston, Texas, within the Western District of Texas, the Defendant,

MARY K. HOOD,

did willfully and knowingly steal and purloin two watches, four pieces of jewelry, two bottles of perfume, one bottle of lotion, one bottle of makeup, one CD, one box of chocolate, one package of batteries, and one box of hair color, of the value of less than $1000.00, of the goods and property of the United States, in violation of Title 18 United States Code, Section 641.

Respectfully submitted,

JOHNNY SUTTON
United States Attorney

MARY NELDA G. VALADEZ
Assistant United States Attorney

By:  EAN P. WHITE
Special Assistant United States Attorney
Staff Judge Advocate
1306 Stanley Road, Bldg. 134
Fort Sam Houston, Texas 78234
221-0289, 221-0149, fax 221-2777
DC Bar 484110